## CITY COURT OF NEW YORK—GENERAL TERM, OCTOBER, 1894.

FREDERICK SACKETT, Respondent, *v.* JACOB LIPPMAN et al., Appellants.

APPEAL from judgment in favor of plaintiff.

*Cantor & Van Schaick*, for respondent.

*Einstein & Townsend*, for appellants.

FITZSIMONS, J. The testimony not only is sufficient to sustain the verdict, but in our judgment preponderates in plaintiff's favor.

The judgment is, therefore, affirmed, with costs.

NEWBURGER, J., concurs.
Judgment affirmed, with costs.

---

JOSEPH S. ROWN, Appellant, *v.* IDA F. DUMONT, as Executrix, etc., Respondent.

APPEAL from order of Special Term in favor of defendant.

*M. Herrman*, for appellant.

*W. R. Wilder*, for respondent.

FITZSIMONS, J. The order appealed from is affirmed for the reason stated by the Special Term justice who made it in his decision.

EHRLICH, Ch. J., and NEWBURGER, J., concur.
Order affirmed.

---

ROSE DAHLMAN, Appellant, *v.* THE UNION STORAGE & TRANSFER CO., Respondent.

APPEAL from order.

*Felix Jellenik*, for appellant.

*Henry C. Andrews*, for respondent.

*Per Curiam.*  Order appealed from affirmed, with costs.

Present: EHRLICH, Ch. J., and NEWBURGER, J.
Order affirmed, with costs.